UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| Un'TARION CLARK<br>LA. DOC #500816 | CIVIL ACTION NO. 5:15-cv-2631 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED. ADJUDGED AND DECREED** that plaintiff's Motion to Dismiss City of Shreveport, Chief of Police Willie Shaw and the Shreveport Drug Task Force **is GRANTED** and claims against these named defendants ONLY should be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Shreveport, Louisiana, on this 29th day of August, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE