UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UN'TARION CLARK | * | CIVIL ACTION NO. 15-2631 SECTION P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| CITY OF SHREVEPORT, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE, for failure to prosecute in accordance with Local Rule 41.3.

Shreveport, Louisiana, this 15th day of February, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE